BOWMAN AND BROOKE LLP
Gregory P. Gilmer (SBN 212067)
Marion V. Mauch (SBN 253672)
879 West 190th Street, Suite 700
Gardena, CA  90248-4227
Telephone No.: (310) 768-3068
Facsimile No.:   (310) 719-1019

BOWMAN AND BROOKE LLP
Richard G. Morgan (admitted *pro hac vice*)
Ryan L. Nilsen (admitted *pro hac vice*)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone No.: (612) 339-8682
Facsimile No.:   (612) 672-3200

Attorneys for Defendant ECOLAB INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., HOUSTON CASUALTY CO., and LIBERTY SURPLUS INSURANCE CORP.<br><br>                    Plaintiffs,<br><br>    vs.<br><br>ECOLAB, INC.<br><br>                    Defendant. | **CASE NO.:** 1:10CV-02322 OWW (SKo)<br>Assigned to:  Judge Oliver W. Wanger<br>Courtroom:    "3" (7th Floor)<br><br>**STIPULATION AND ORDER RE PLAINTIFF WM. BOLTHOUSE FARMS INC. WITHDRAWING ITS MOTION TO STRIKE DEFENDANT ECOLAB INC.'S AFFIRMATIVE DEFENSES AND FILING OF DEFENDANT ECOLAB INC.'S FIRST AMENDED ANSWER**<br><br>Action Filed:  December 9, 2010<br>Trial Date:    None set |

WHEREAS, on December 9, 2010, Plaintiffs Wm. Bolthouse Farms, Inc. ("Bolthouse"), Houston Casualty Co. and Liberty Surplus Insurance Corp. (collectively "Plaintiffs") filed their Complaint against Defendant Ecolab Inc. ("Ecolab").

WHEREAS, on February 4, 2011, Ecolab filed its Answer.

WHEREAS, on February 28, 2011, Bolthouse filed its Notice of Motion and Motion to Strike Defendant's Affirmative Defenses, scheduled to be heard on May 9, 2011, at 10:00 a.m. in Courtroom 3.

WHEREAS, on April 26, 2011, Ecolab filed its Opposition to Bolthouse's Motion to Strike Defendant's Affirmative Defenses and Counter Motion for Leave to File a First Amended Complaint.

WHEREAS, the parties have met and conferred regarding the issues raised in the Motion, Opposition and Counter Motion.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Bolthouse withdraws its Motion to Strike Defendant's Affirmative Defenses and vacates the hearing set for May 9, 2011.

IT IS FURTHER STIPULATED that Ecolab's First Amended Answer may be filed.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  April 26, 2011 | KLEIN, DENATALE, GOLDERNER, COOPER, ROSENLIEB & KIMBALL, LLP |
| | By:  /s/ Jeffrey W. Noe (authorized on 04/27/11)<br>Barry L. Goldner, SBN 107126<br>Jeffrey W. Noe, SBN 167387<br>Attorneys for Plaintiff<br>WM. BOLTHOUSE FARMS, INC. |
| DATED:  April 26, 2011 | TROUTMAN SANDERS LLP |
| | By:  /s/ Terrence R. McInnis (authorized on 4/28/11)<br>Terrence R. McInnis, SBN 155416<br>Kevin F. Kieffer, SBN 192193<br>William D. Burger, Jr., SBN 234915<br>Attorneys for Plaintiff<br>HOUSTON CASUALTY COMPANY |

/ / /

/ / /

/ / /

/ / /

DATED:  April 26, 2011				RIMAC & MARTIN, P.C.


						By:	<u>/s/ Willaim Reilly (authorized on 4/28/11)</u>
							Joseph M. Rimac, SBN 72381
							William Reilly, SBN 17750
							Attorneys for Plaintiff
							LIBERTY SURPLUS INSURANCE CORP.


DATED:  April 26, 2011				BOWMAN AND BROOKE LLP


						By:	<u>/s/ Gregory P. Gilmer (authorized on 04/26/11)</u>
							Gregory P. Gilmer, SBN 212067
							Attorneys for Defendant ECOLAB INC.


IT IS SO ORDERED.

   Dated:  **May 2, 2011**				     **/s/ Oliver W. Wanger**
							UNITED STATES DISTRICT JUDGE