They FORREST A. HAINLINE III State Bar No. 64166
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA  94111
Telephone:  (415) 733-6000
Facsimile:  (415) 677-9041
Email:  fhainline@goodwinprocter.com

ANDREW R. RUNNING (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  arunning@kirkland.com

BARRY L. GOLDNER, State Bar No. 107126
JEFFREY W. NOE, State Bar No. 167387
RYAN D. BRIGHT, State Bar No. 247047
KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  bgoldner@kleinlaw.com
        jnoe@kleinlaw.com
        rbright@kleinlaw.com

Attorneys for Plaintiff,
Wm. Bolthouse Farms, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., HOUSTON CASUALTY CO., and LIBERTY SURPLUS INSURANCE CORP.,<br><br>               Plaintiffs,<br><br>v.<br><br>ECOLAB, INC.,<br><br>               Defendant. | Case No.  1:10-CV-02322-AWI (SKO)<br><br>**AMENDED NOTICE OF WITHDRAWAL OF KIRKLAND & ELLIS, LLP AS ATTORNEYS OF RECORD FOR WM. BOLTHOUSE FARMS, INC., AND ORDER**<br><br>**ORDER ON MOTION OF WITHDRAWAL OF KIRKLAND & ELLIS, LLP**<br><br>(Docket No. 58)<br><br>Complaint Filed:  12/9/2010<br>Trial Date:           4/1/2014 |

TO:   The Clerk of the Court

AND TO:   All parties and counsel of record

PLEASE TAKE NOTICE that Andrew R. Running, Samuel L. Blatnick, and the law firm of Kirkland & Ellis LLP have withdrawn as attorneys of record for plaintiff Wm. Bolthouse Farms, Inc.  In accordance with Local Rule 182(d), this withdrawal does not leave Wm. Bolthouse Farms, Inc. in propria persona.

The counsel listed below, remain attorneys of record for Wm. Bolthouse Farms, Inc.:

> Forrest A. Hainline III
> GOODWIN PROCTER LLP

And

> Barry L. Goldner
> Jeffrey W. Noe
> Ryan D. Bright
> KLEIN, DENATALE, GOLDNER,
> COOPER, ROSENLIEB & KIMBALL, LLP

Date: February 27, 2013

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By:   /s/ Jeffrey W. Noe

Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Tel.: 415.733.6000
Fax: 415.677.9041

| | |
|---|---|
| Date: February 27, 2013 | KIRKLAND & ELLIS LLP |

> By:  /s/ Andrew R. Running
>       (authorized on 2/8/13)
> Andrew R. Running (*pro hac vice*)
> arunning@kirkland.com
> KIRKLAND & ELLIS LLP
> 300 North LaSalle Street
> Chicago, Illinois 60654
> Tel.: (312) 862-2000
> Fax: (312) 862-2200
>
> Attorneys for Plaintiff,
> Wm. Bolthouse Farms, Inc.

**ORDER**

Pursuant to the above notice, Andrew R. Running and Samuel L. Blatnick of the law firm of Kirkland & Ellis LLP are TERMINATED as counsel of record for Plaintiffs. The hearing on the motion for Withdrawal of Kirkland & Ellis, LLP as Attorneys of Record, set for March 27, 2013, is VACATED.

IT IS SO ORDERED.

Dated:   **February 28, 2013**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE