UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

WM. BOLTHOUSE FARMS, INC., HOUSTON CASUALTY CO., and LIBERTY SURPLUS INSURANCE CORP.

Plaintiffs,

vs.

ECOLAB, INC.

Defendant.

CASE NO.: 1:10-CV-02322-AWI (SKO)
Assigned to: Judge Anthony W. Ishii
Courtroom: 2

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Action Filed: December 9, 2010
Trial Date: April 1, 2014

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE:

IT IS HEREBY STIPULATED, by and between all parties, Plaintiffs Bolthouse Farms, Inc., Houston Casualty Co., and Liberty Surplus Insurance Co., and Defendant Ecolab Inc., by and through their respective attorneys of record that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties request that the Court retain jurisdiction of the action for 90 days following the entry of this stipulation for the purposes of interpreting and enforcing the terms of the parties' settlement agreement and the protective order previously entered by the Court.

IT IS SO STIPULATED.

Dated: July 18, 2013

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB, & KIMBALL, LLP

/s Jeffrey W. Noe
Jeffrey W. Noe
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone: 661.395.100
**Attorneys for Plaintiff**
**Wm. Bolthouse Farms, Inc.**

TROUTMAN SANDERS LLP

/s William D. Burger
Terrence R. McInnis
Kevin F. Kieffer
William D. Burger, Jr.
5 Park Plaza, Suite 1400
Irvine, California, 92614-2545
**Attorneys for Plaintiff Houston Casualty Co.**

RIMAC & MARTIN PC

/s Joseph M. Rimac
Joseph M. Rimac
William Reily
1051 Divisadero Street
San Francisco, California 94115
**Attorneys for Plaintiff Liberty Surplus Insurance Corp.**

BOWMAN AND BROOKE LLP

/s Richard G. Morgan
Richard G. Morgan
Ryan L. Nilsen
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: 612.339.8682
**Attorneys for Defendant Ecolab Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

WM. BOLTHOUSE FARMS, INC., HOUSTON CASUALTY CO., and LIBERTY SURPLUS INSURANCE CORP.

Plaintiffs,

vs.

ECOLAB, INC.

Defendant.

CASE NO.: 1:10-CV-02322-AWI (SKO)
Assigned to: Judge Anthony W. Ishii
Courtroom: 2

**ORDER OF DISMISSAL WITH PREJUDICE**

Action Filed: December 9, 2010
Trial Date: April 1, 2014

IT IS HEREBY ORDERED that based on the parties' stipulation, the above referenced action is dismissed in its entirety with prejudice. The Court shall retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for the purposes of interpreting and enforcing the terms of the parties' settlement agreement and the protective order previously entered by the Court (Docket Entry No. 48).

IT IS SO ORDERED.

Dated: July 19, 2013

SENIOR DISTRICT JUDGE